**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  CAROL A. MARTIN                                          Case Number: 06-71493
        643 KINGSBURY COURT                   SSN-xxx-xx-1785
        ALGONQUIN, IL  60102

                                                                 Case filed on:    8/20/2006
                                                                 Plan Confirmed on: 1/24/2007

                                          D Dismissed

Total funds received and disbursed pursuant to the plan: $29,350.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 005 | LITTON LOAN SERVICING LP | 0.00 | 0.00 | 24,716.17 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 24,716.17 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| 999 | CAROL A. MARTIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 4,114.54 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 8,237.51 | 8,237.51 | 1,217.00 | 300.00 |
| 003 | FORD MOTOR CREDIT CORP | 7,294.96 | 7,294.96 | 1,078.40 | 265.65 |
| 004 | STERLING INC | 700.61 | 200.00 | 20.49 | 0.00 |
| 006 | LITTON LOAN SERVICING LP | 5,500.00 | 5,500.00 | 0.00 | 0.00 |
| 007 | MCHENRY COUNTY TREASURER | 6,200.00 | 6,200.00 | 0.00 | 0.00 |
|  | Total Secured | 32,047.62 | 27,432.47 | 2,315.89 | 565.65 |
| 004 | STERLING INC | 0.00 | 275.34 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 293.32 | 161.33 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 968.43 | 532.64 | 0.00 | 0.00 |
| 010 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HOME DEPOT CREDIT SVC / CITICARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 3,184.43 | 1,751.44 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 904.44 | 497.44 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 17,524.11 | 9,638.26 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 29,787.72 | 16,383.25 | 0.00 | 0.00 |
| 016 | NEXTCARD MASTER TRUST | 6,673.38 | 3,670.36 | 0.00 | 0.00 |
| 017 | LVNV FUNDING LLC | 2,005.43 | 1,102.99 | 0.00 | 0.00 |
| 018 | WELLS FARGO FINANCIAL | 4,494.50 | 2,471.97 | 0.00 | 0.00 |
| 019 | KENNETH MARTIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 65,835.76 | 36,485.02 | 0.00 | 0.00 |
|  | Grand Total: | 100,883.38 | 66,917.49 | 27,032.06 | 565.65 |

Total Paid Claimant:     $27,597.71
Trustee Allowance:       $1,752.29              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00              discharging the trustee and the trustee's surety from any and all
                                                liablility on account of the within proceedings, and closing the estate,
                                                and for such other relief as is just.  Pursuant to FRBP, I hereby
                                                certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007            By  /s/Heather M. Fagan